UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

v.

CHENGXIA SNELSON and
JAMES SNELSON,

Defendants.
_______________________________/

INDICTMENT
**PENALTY SHEET**

**COUNT 1: Conspiracy to Travel Interstate and to Use a Means and Facility of Interstate Commerce to Distribute the Proceeds of Unlawful Activity** – 18 U.S.C. §§ 371, 1952(a)(1)(A)

**Maximum penalty:** 5 years' imprisonment (18 U.S.C. § 371) and/or $250,000 fine (18 U.S.C. § 3571)

**Supervised Release:** 3 years to life (18 U.S.C. § 3583(b))

**Special Assessment:** $100 (18 U.S.C. § 3013)

**Forfeiture Allegation:** 18 U.S.C. § 981

**COUNT 2: Management of an Unlicensed Money Transmitting Business** – 18 U.S.C. § 1960

**Maximum penalty:** 5 years' imprisonment (18 U.S.C. § 1960(a)) and/or $250,000 fine (18 U.S.C. § 3571)

**Supervised Release:** 3 years (18 U.S.C. § 3583(b))

**Special Assessment:** $100 (18 U.S.C. § 3013)

**Forfeiture Allegation:** 18 U.S.C. § 982

Date: November 4, 2026

/s/ Austin J. Hakes
Counsel for the United States

Submitted in accordance with Admin Order 17-MS-046